IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN ANYANWU & ESTHER ANYANWU,<br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., *et al.*,<br>Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 3:14-CV-2638-M-BK<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On August 5, 2015, the United States Magistrate Judge made findings, conclusions, and a recommendation. On December 4, 2015, she made supplemental findings, conclusions and a recommendation. Plaintiff filed timely objections only to the latter, and the Court has made a de novo review of those portions of the supplemental proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the Court **ACCEPTS** both the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed August 5, 2015, and the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed December 4, 2015.

SO ORDERED this 31 day of December, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS